**No. 40378.**—Protest 918749–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of spring hand scales similar to those the subject of Abstract 38504.  The claim as household utensils at 40 percent under paragraph 339 was therefore sustained.